IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5-03-CR-00252-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMIAN G. BEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Damian Bey ("Defendant") to appoint counsel, filed on October 6, 2014. [DE-116]. The Clerk of Court issued a deficiency notice on October 7, 2014, informing Defendant that pursuant to Local Criminal Rule 49.1(f), all documents filed in paper form must have an original signature, and directing Defendant to sign and return his motion as soon as possible. Oct. 7, 2014 Deficiency Notice [DE-117]. To date, Defendant has not signed and return his motion. Accordingly, Defendant shall have **twenty-one (21) days** to file a signed copy of his motion to appoint counsel. Defendant is cautioned that failure to comply may lead to his motion being summarily denied.

SO ORDERED, this the 22 day of July 2015.

Robert B. Jones, Jr.,
United States Magistrate Judge