UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-CR-252-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAMIEN GIOVANNI BEY | ) | |

This matter is before the court on defendant's *pro se* motion for reconsideration of the court's 12 January 2016 order reducing his sentence pursuant to 18 U.S.C. § 3582(c)(2). (DE # 126.) Defendant requests that the court reduce his sentence further based on the Fair Sentencing Act of 2010. The court lacks authority to revisit its § 3582(c)(2) order, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), and therefore, defendant's motion is DENIED.

This 27 April 2016.

_____
W. Earl Britt
Senior U.S. District Judge